An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY BARKER COUGHLIN,
Appellant,
vs.
MATTHEW MERLISS,
Respondent.

No. 64069

**FILED**

APR 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

On March 5, 2015, this court entered an order denying without prejudice appellant's motion to proceed in forma pauperis. The order directed appellant to provide this court, within 30 days, a copy of the district court's March 8, 2012, order denying him in forma pauperis status, and to advise this court of the status of the in forma pauperis motion filed in the district court on July 10, 2013. Further, the order cautioned appellant that failure to establish that he has properly sought leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

15-12459

cc:    Hon. Lidia Stiglich, District Judge
        Zachary Barker Coughlin
        Richard G. Hill, Ltd.
        Washoe District Court Clerk